IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JAMES ERIC GENUS, #616132 | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv119 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner James Eric Genus, an inmate confined in the Texas prison system, filed the above-styled civil action pursuant to 28 U.S.C. § 2254. The petition was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be dismissed without prejudice. The Petitioner did not file objections to the Report and Recommendation.

The Report of the Magistrate Judge, which contains her proposed findings of fact, conclusions of law and recommendations for the disposition of such action, has been presented for consideration. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that this petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 18th day of July, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE